W. F. SMITH v. JAMES ALEXANDER.
No. 13,289. (74 Pac. 240.)

Error from Cowley district court; W. T. McBRIDE,
judge. Opinion filed November 7, 1903. Dismissed.

*Hackney & Lafferty*, and *W. L. Barnum*, for plaintiff
in error.
*G. H. Buckman*, and *C. T. Atkinson*, for defendant in
error.

*Per Curiam:* In order that the errors relied on for re-
versal in this case may be examined, the record must show
that all the evidence had been there preserved. The only
statement contained in the record tending to show such to
be the fact is the following, occurring at the close of the
evidence: "And thereupon the plaintiff, having no further
evidence to introduce, rested his case; and the defendant,
having no further evidence to introduce, rested his case,

and the case was closed." This statement is not equivalent to one that all the evidence is to be found in the case-made. The certificate of the trial judge contains the statement that the case-made contains all the evidence. This, however, is ineffectual. ( *Sandford v. Weeks,* 50 Kan. 336, 31 Pac. 1087.)

The petition in error will be dismissed.